JOSEPH H. CLARK, Respondent, *v.* GEORGE C. TRAVER, Appellant.

*Negligence — motor vehicles — action to recover for personal injuries received while riding as guest in automobile through alleged negligence of owner.*

. *Clark* v. *Traver,* 205 App. Div. 206, affirmed.

(Argued November 23, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1923, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. Plaintiff, while riding as a guest in defendant's automobile, received injuries through an accident arising, as alleged, from the automobile being driven at an excessive speed. The defense was contributory negligence.

*John A. Slade* for appellant.
*Henry F. Toohey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

REPUBLIC OF FRANCE, Appellant, *v.* MAURICE O'MEARA COMPANY, Respondent.

*Contract — sale — Statute of Frauds — when letters insufficient to constitute a contract.*

*Republic of France* v. *O'Meara Co.,* 206 App. Div. 739, affirmed.

(Argued November 26, 1923; decided December 27, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover upon an alleged contract of sale. The defense was the Statute of Frauds. Plaintiff claimed that the following two letters constituted a contract:

" *May* 24, 1918.
" MY DEAR MR. GOULARD:

" I beg to confirm by the present letter our telephonic conversation and to inform you that the Office National de la Presse, in Paris, is ready to buy from your firm 3,000 tons of newsprint paper, at a price not exceeding $75.00 the ton of 2,000 English pounds, F. O. B. New York.

" On these 3,000 tons, 2,125 tons should be delivered in rolls of 29¼ inches and 875 tons in rolls of 34⅛ inches.

" No paper should be shipped from the mills before August 15th, 1918.

" If this is satisfactory and you agree on the above basis, I shall ask Mr. Frederick Allain, the legal adviser of the French High Commission, to draw a formal agreement which we could sign next week. This agreement will be similar to our previous agreement. It will be only be understood.

" A. That the paper will be accepted by us, irrespective whether the Government prohibits the exportation of newsprint or not;

" B. That any increase in the railroad transportation, ordered by the Government will be supported by the purchasers.

" This as you will surely notice it, is in favor of the seller.

" Believe me, dear Mr. Goulard,
        " Yours very truly,
        "(Signed) STEPHANE LAUZANNE."

        " NEW YORK, *May* 25*th*, 1918.
" M. STEPHANE LAUZANNE,
        " Vanderbilt Hotel,
                " Room 1517, New York:
" MY DEAR M. LAUZANNE:

" I have your esteemed favor of the 24th in regard to 3,000 tons of newsprint paper, and the proposition you put forth is acceptable to us, so will you kindly have

M. Frederic Allain draw up an agreement, as per your letter?

" I will be down at the French Commission at 10:30 A. M., Wednesday to sign it.

" Yours very sincerely,
" THOMAS C. GOULARD."

The trial court dismissed the complaint on the ground that the letters did not and were not intended to constitute a contract but were a mere memorandum of terms intended to be thereafter drafted and formally executed.

*Joseph M. Hartfield* and *Ernest G. Fifield* for appellant.
*Clarence J. Shearn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

FREDERICK W. GRAVES, Appellant, *v.* KALTENBACH & STEPHENS, INC., Respondent.

*Contract — master and servant — action for wrongful discharge — counterclaim for money misappropriated — hiring at will.*

*Graves* v. *Kaltenbach & Stephens, Inc.,* 205 App. Div. 110, affirmed.
(Argued November 26, 1923; decided December 27, 1923.)

APPEAL from a judgment, entered May 9, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing judgment in favor of defendant upon its counterclaim. The action was to recover for an alleged wrongful discharge. The amended answer in addition to a general denial stated a counterclaim of $161.78 for moneys alleged to have been received by the plaintiff from the defendant in a fiduciary capacity, namely, for payment to other employees of defendant, but which moneys the plaintiff instead retained and appropriated.

*Joseph A. Fagnant* for appellant.
*Chandler Bennitt* for respondent.